# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Paul Fraser et al
      Plaintiff(s)

v.          CIVIL ACTION NO. 14-cv-14161-GAO

Prudential Insurance Company Of America
      Defendant(s)

## JUDGMENT IN A CIVIL CASE

O'TOOLE U.S.D.J

**IT IS ORDERED AND ADJUDGED:** Pursuant to the Opinion and Order of this court on 12/20/2018, Summary Judgment is GRANTED for the Defendant. This action is hereby dismissed

      ROBERT M. FARRELL
      CLERK OF COURT

Dated: 12/20/2018

      By /s/ Taylor Halley
      Deputy Clerk